UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**NICOLE CICI,**

    **Plaintiff,**

**v.**                                                                                          **Case No. 2:19-cv-02196-JTF-cgc**

**SHELBY CTY.; CITY OF MEMPHIS;
and DOWNTOWN MEMPHIS COMM'N,**

    **Defendants.**

# JUDGMENT

Decision by Court.   This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order Granting Defendants' Motions to Dismiss, entered by this Court on December 2, 2019.

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                                    THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE              CLERK

December 2, 2019                                                  s/Benjamin D. Hargrove
DATE                                                                       (BY) LAW CLERK